**STATE of Missouri, Respondent,**

v.

**Dwayne Richard HEDRICK, Appellant.**

**No. WD 35597.**

Missouri Court of Appeals, Western District.

Jan. 2, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied March 5, 1985.

J. Armin Rust, Regional Public Defender, Lexington, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, P.J., and DIXON and CLARK, JJ.

## ORDER

PER CURIAM.

Appeal from conviction and sentence for the offense of escape from confinement, § 575.210, RSMo.1978.

Judgment affirmed. Rule 30.25(b).

All concur.